PROB 12B
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

---

**Name of Offender:** Terry Allen Garnette                              **Case Number:** 4:04-cr-00182-001

**Name of Sentencing Judicial Officer:** Harold D. Vietor, Senior U.S. District Court Judge (retired)

**Date of Original Sentence:** December 14, 2005

**Original Offense:** 18 U.S.C. § 2251(a) - Sexual Exploitation of a Minor
18 U.S.C. § 2252(a)(2) – Distribution of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

**Original Sentence:** 255 months imprisonment; Life on supervised release

**Date Original Supervision Commenced:** August 5, 2022

**Date Current Supervision Commenced:** August 5, 2022

**Prior Modification(s)/Revocation(s):** None

---

### PETITIONING THE COURT

☐   To extend the term of supervision for ... years, for a total term of ...years.

☒   To modify the conditions of supervision as follows:

*You must reside, participate, and follow the rules of the residential reentry program, as directed by the U.S. Probation Officer, for up to 120 days. The residential reentry program is authorized to allow up to six hours of pass time per week for good conduct when you become eligible in accordance with the residential reentry program standards.*

### CAUSE

Mr. Garnette originally arrived at Dismas Charities, located in Omaha, Nebraska, on June 29, 2022. He was returned to the Federal Bureau of Prisons facility shortly afterwards due to violations of the residential reentry center rules. Upon his return to the Federal Bureau of Prisons, Mr. Garnette indicated he was homeless. The above modification will allow Mr. Garnette additional time to establish a residence within the metro area upon his release from custody while staying in a structured setting.

| | |
|---|---|
| U.S. v. Terry Allen Garnette (4:04-cr-00182-001) | Request for Modifying Conditions of Supervision |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 21, 2022

by /s/ Stephanie C. Palser
Stephanie C. Palser
Senior U.S. Probation Officer

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

/s/ Richard E. Rothrock
Assistant United States Attorney

_____
Signature

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☐ The issuance of a summons so a hearing can be held on _____

at _____.

_____
Signature of Judicial Officer

_____
Date

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*You must reside, participate, and follow the rules of the residential reentry program, as directed by the U.S. Probation Officer, for up to 120 days. The residential reentry program is authorized to allow up to six hours of pass time per week for good conduct when you become eligible in accordance with the residential reentry program standards.*

☒ I agree to the above modification based on the cause outlined in the attached petition.
☐ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition and agree to the modification of my conditions as outlined above.
☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness _____   Signed _____
(U.S. Probation Officer)                                   (Probationer or Supervised Releasee)

_____7/21/2022_____
(Date)